JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

RECVD SEP 18 2024

## I. (a) PLAINTIFFS

THURMOND, SHIRRETHA

**DEFENDANTS**

SELECT PORTFOLIO SERVICING, INC (aka FAIRBANK CAPITAL CORP )

**(b)** County of Residence of First Listed Plaintiff   **PHILADELPHIA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **SALT LAKE COUNTY**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

S.THURMOND,SUI JURIS BENEFICIARY/TRUSTEE
6404 N PARK AVE, PHILA, PA [19126-3634]

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [x] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability |  |  | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | **PERSONAL INJURY** | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 365 Personal Injury - Product Liability | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | **LABOR** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise |  | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Management Relations | [ ] 850 Securities/Commodities/ Exchange |
|  |  |  | [ ] 740 Railway Labor Act | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 751 Family and Medical Leave Act | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence |  | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | **SOCIAL SECURITY** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |  |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 862 Black Lung (923) | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 863 DIWC/DIWW (405(g)) |  |
|  |  | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |  |
|  |  | [ ] 555 Prison Condition | [ ] 865 RSI (405(g)) |  |
|  |  | [ ] 560 Civil Detainee - Conditions of Confinement | **FEDERAL TAX SUITS** |  |
|  |  | **IMMIGRATION** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |  |
|  |  | [ ] 462 Naturalization Application | [ ] 871 IRS—Third Party 26 USC 7609 |  |
|  |  | [ ] 465 Other Immigration Actions |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
The False Claims Act (FCA), 31 U.S.C. §§ 3729 -

Brief description of cause:
submitting a false claim to the government agency violates the provisions begin at 31 U.S.C. §§ 3730(b) of the FCA; § 3730(b)(1)

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $1,000,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

REC'D SEP 18 2024

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

THURMOND, SHIRRETHA

DECISION ONE MORTGAGE COMPANY LLC.

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

SELECT PORTFOLIO SERVICING (INC)                    **COMPLAINT**
MERSCORP - Mortgage Electronic Registration System    Jury Trial: ☒ Yes  ☐ No
BANK OF AMERICA HOME LOAN
DEUTSCHE BANK NATIONAL TRUST company                (check one)
HSI ASSET SECURIZATION TRUST 2007 HE1 Pass Through Certificates
Wells Fargo Bank
Countrywide Home Loans
HSBC Securities / HSBC Bank US National Association
Ocwen Mortgage
JP Morgan Chase BANK

_____
*(In the space above enter the full name(s) of the defendant(s). If you*
*cannot fit the names of all of the defendants in the space provided,*
*please write "see attached" in the space above and attach an*
*additional sheet of paper with the full list of names. The names*
*listed in the above caption must be identical to those contained in*
*Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification
       number and the name and address of your current place of confinement. Do the same for any additional
       plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name                SHIRRETHA THURMOND
             Street Address      6404 N. Park Ave
             County, City        Philadelphia  PHILADELPHIA
             State & Zip Code    PA [19126-3634]
             Telephone Number    856-726-1000

*Rev. 10/2009*

                                 DECISION ONE MORTGAGE company LLC
                                     3023 HSBC way
                                  Fort Mill, SC

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Select Portfolio Servicing (aka) Fairbank Cap_
Street Address _PO BOX 65250_
County, City _Salt Lake City UT 84119_
State & Zip Code _____

Defendant No. 2

Name _DEUTSCHE BANK NATIONAL TRUST CO_
Street Address _1761 EAST ANDREWS PL_
County, City _SANTA ANA_
State & Zip Code _CA 92706_

Defendant No. 3

Name _HSI Asset Securization TRUST COMPANY_
Street Address _PASS THROUGH Certificates 2007HEI (HASC)_
County, City _452 Fifth Ave_
State & Zip Code _New York, NY 10018_

Defendant No. 4

Name _HSBC Bank USA National Association_
Street Address _____
County, City _____
State & Zip Code _____

_MERSCORP HOLDINGS LLC_
_11819 MIAMI STREET, SUITE 100_
_OMAHA, NE 68164_

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
    ☒ Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _THE FALSE CLAIMS ACT (FCA) 31 USC § 3729-3733_
_FAIR DEBT COLLECTION PRACTICES ACT 15 USC § 1692a_
_RACKTEER INFLUCED & CORRUPT ORGANIZATIONS ACT_
_Criminal Injunction Against Fraud Act) 18 USC § 1961, et, seq_
_18 USC § 1345_

B.      List all defendants.  You should state the full name of the defendants, even if that defendant is a government
        agency, an organization, a corporation, or an individual.  Include the address where each defendant can be
        served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.
        Attach additional sheets of paper as necessary.

Defendant No. 1         Name _BANK OF AMERICA HOME LOANS_
                        Street Address _____
                        County, City _____
                        State & Zip Code _____

Defendant No. 2         Name _Wells Fargo Bank - Master Servicer_
                        Street Address _____
                        County, City _____
                        State & Zip Code _____

Defendant No. 3         Name _Countrywide Home Loans_
                        Street Address _____
                        County, City _____
                        State & Zip Code _____

Defendant No. 4         Name _JP Morgan CHase Bank_
                        Street Address _____
                        County, City _____
                        State & Zip Code _____

                                Ocwen Mortgage

II.     **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases
involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a
case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. §
1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than
$75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*
        ◯  Federal Questions            ◯  Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at
        issue? _____
        _____
        _____

*Rev. 10/2009*                          - 2 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have sustained serious health issues that has affected my life everyday. I have to take medication for my illnesses and it affect my life everyday.

anxiety                    arthritis
depression              hair loss
PTSD                        lost extreme amount of weigh
            loss of appetite

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Relief I am requesting is —
Cease & Desist Order Sanctions
Removal of Foreclosure Case Filed 180202085
Title to my Property — FREE & CLEAR

Money - Consumer Relief as dictated in

US DOJ Consumer Relief Order Annex Avail
New York Consumer Relief Order Annex

Monetary Damages in the amount of
$1,000,000,000.00
and whatsoever the Judge decides.

Also: Please Delete False/Deed Mortgage Assignments
for City Records.

" As ALL Power of Attorneys Died when Company "
Dissolved 9/21/07!

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Philadelphia Court of Common Pleas Civil Division Claimant No 180202085  2/21/18.

B.    What date and approximate time did the events giving rise to your claim(s) occur? Fraud started in 2006-2008 Financial crisis - leading upto fraud being committed on Plaintiff q Courthouse on 2/21/18 and since

C.    Facts: I, SHIRETHA THURMOND WAS DEEDED (WARRANTY DEED) MY for ($185k) Home on 2/3/06. I got my 1st Mortgage 4/21/06 w/ SAXON MORTGAGE. I REFINANCED MY MORTGAGE ON 10/13/2006 wHh DECISION ONE MORTGAGE COMPANY LLC for $175,000. I HAD NO OTHER LENDERS AND DID NOT GET ANY NOTICE OF ANY CHANGES TO MY DEED. AFTER 10/13/2006 - FAKE DEED ASSIGNMENT (2009 — 2022) Decision one mortgage company dissolve 9-21-07. ON FEB. 21, 2018, SELECT PORTFOLIO SERVICING (AKA Fairbanks Capital Corp) filed a FORECLOSURE ON MY HOME AS THE "ORIGINAL LENDER" THIS FRAUD ON THE COURT. MY LOAN WAS APART OF THE 17 MAIN SECURITIZATION THAT CAUSE THE BANKING collapse for SECURITIES AND BANK FRAUD ON HOMEOWNERS.

SELECT PORTFOLIO SERVICING - UTAH STATE DEBT COLLECTOR DEUTSCHE BANK NATIONAL TRUST COMPANY -- HSI Asset Securization Trust Company HASC - 2007-HE1 BANK OF AMERICA HOME LOANS, COUNTRYWIDE HOME LOANS JP MORGAN CHASE AND Wells Fargo As "MASTER SERVICER"

I HAVE REPORTED IT TO: FBI, Police, City Hall Records Commissioner Leonard, PA economic task force, Community council, Attorney General - "ALL SAID I NEED BIGGER HELP It's HIGH LEVEL!" FRAUD

[Margin boxes:]
What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

3

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___19th___ day of _____September_____, 20_24_.

Signature of Plaintiff _S. Thurmond Sui Juris Beneficiary_
Mailing Address _6404 N. Park Ave_
_Philadelphia, Pa [19126-3634]_

Telephone Number _215.768.8077_
Fax Number *(if you have one)* _____
E-mail Address _6404 N Park Ave @ gmail.com_
_Ms. Shirretha @ gmail.com_

<u>Note</u>:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also
provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners</u>:

I declare under penalty of perjury that on this ___19th___ day of _____September_____, 20_24_, I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.

Signature of Plaintiff: _S. Thurmond Trustee_
Inmate Number _Sui Juris Beneficiary_

**Trust Assignment Fraud Letter to SEC**
Posted on July 14, 2010

LYNN E. SZYMONIAK, ESQ. The Metropolitan, PH2-05
403 South Sapodilla Avenue
West Palm Beach, Florida 33401

April 15, 2010
Mary L. Schapiro, Chairman
Robert S. Khuzami, Director, Division of Enforcement
Securities & Exchange Commission
100 F Street, NE Washington, D.C. 20549 enforcement@sec.gov

Re: Mortgage-Backed Trusts Missing Critical Documents

Dear Chairman Schapiro and Director Khuzami:

This is a report of suspected fraud involving mortgage-back securities. Certain mortgage-backed trusts have been using forged and fraudulent mortgage assignments in foreclosure actions in Florida, and throughout the United States.

These assignments are most often produced by employees of Lender Processing Services, Inc., ("LPS"), a mortgage default management company located in Jacksonville, FL. LPS produced several million Mortgage Assignments, using its own employees to sign as if they were officers of the original lenders The fraud includes:
•        Mortgage assignments with forged signatures of the individuals signing on behalf of the grantors, and forged signatures of the witnesses and the notaries;
•        Mortgage assignments with signatures of individuals signing as corporate officers for corporations that never employed them in any such capacity;
•        Mortgage assignments prepared and signed by individuals as corporate officers of mortgage companies that had been dissolved by bankruptcy years prior to the Assignment;
•        Mortgage assignments prepared with purported effective dates unrelated to the date of any actual or attempted transfer (and in the case of trusts, years after the closing date of the trusts); • Mortgage assignments prepared on behalf of grantors who had never themselves acquired ownership of the mortgages and notes by a valid transfer, including numerous such assignments where the grantor was identified as "Bogus Assignee for Intervening Assignments;" and
•        Mortgage assignments notarized by notaries who never witnessed the signatures that they notarized.

Trust officers used these fraudulent mortgage assignments to conceal the fact that the trusts are missing critical documents, namely, the mortgage assignments that were supposed to have been delivered to the trusts at the inception of the trust.

These trusts suffered the following economic harm:
The Trusts paid substantial fees to the Trustees for Document Custodial Services including fees for obtaining and retaining a Mortgage Assignment for each of the properties in the trust. The Assignment was supposed to have been "in recordable form" – that is, legally sufficient to allow the Trustee to foreclose in the event of default. These services were never provided. In each trust identified herein, many if not all of the Mortgage Assignments were never obtained, or were obtained and lost.

Because the Assignments were not obtained and/or _____ . retained, the Trusts incurred significant additional expenses:
i) each Trust paid, and will continue to pay, hundreds of thousands of dollars in fees to mortgage servicers, document preparation companies and law firms to prepare and record "Replacement Assignments" including Assignments that were prepared with false information regarding dates and signers; ii) each Trust paid, and will

continue to pay, hundreds of thousands of dollars in fees to the default management company and to law firms retained by the mortgage servicing companies and/or default management company (usually, Lender Processing Services) to litigate the issue of the standing of the trust to file the foreclosure action because the Assignment to the Trust that established standing was missing or never obtained.

In many cases, because the Assignments were not obtained and/or retained, the Trust could not successfully foreclose when loans in the Trust defaulted. In many cases, where the Trust has successfully foreclosed, it had no legal right to do so and the Trust has been or will be exposed to claims for wrongful foreclosure by former homeowners and claims of fraud by subsequent purchasers. In many cases, where mortgage servicing companies or law firms representing the Trust attempted to collect amounts due from defaulting homeowners of properties in the trust, the debt collection activities violated the Federal Fair Debt Collection Practices Act because the Trust had no right to pursue collection or foreclosure where it lacked a valid Assignment.

In many cases, particularly where the loan originator is a mortgage company that is no longer in existence, it may not be possible to ever obtain a valid Assignment to the Trust. Long after the Trustees and Servicers became aware that critical documents, the Assignments, were missing, the Trustees and Servicers failed to disclose that information to the Certificate Holders and to the SEC.

Attached hereto are examples of fraudulent Assignments. Many (over 100,000) of these are signed by Linda Green. From an examination of the signatures, it is apparent that many different employees signed the name Linda Green. Job Titles attributed to Green include the following:
- Vice President, Loan Documentation, Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.;
- Vice President, Mortgage Electronic Registration Systems, Inc., as nominee for American Home Mortgage Acceptance, Inc.;
- Vice President, American Home Mortgage Servicing as successor-in-interest to Option One Mortgage Corporation;
- Vice President, Mortgage Electronic Registration Systems, Inc., as nominee for American Brokers Conduit;
- Vice President & Asst. Secretary, American Home Mortgage Servicing, Inc., as servicer for Ameriquest Mortgage Corporation;
- Vice President, Option One Mortgage Corporation;
- Vice President, Mortgage Electronic Registration Systems, Inc., as nominee for HLB Mortgage;
- Vice President, American Home Mortgage Servicing, Inc.;
- Vice President, Mortgage Electronic Registration Systems, Inc., as nominee for Family Lending Services, Inc.;
- Vice President, American Home Mortgage Servicing, Inc. as successor-in-interest to Option One Mortgage Corporation; • Vice President, Argent Mortgage Company, LLC by Citi Residential Lending Inc., attorney-in-fact;
- Vice President, Sand Canyon Corporation f/k/a Option One Mortgage Corporation;
- Vice President, Amtrust Funsing (sic) Services, Inc., by American Home Mortgage Servicing, Inc. as Attorney-in-fact; and • Vice President, Seattle Mortgage Company.

Other LPS employees similarly used job many different job titles and claimed to be officers of many different mortgage companies on Mortgage Assignments.
Korell Harp and Tywanna Thomas used a variety of conflicting job titles on Assignments of Mortgages in 2008 and 2009, holding themselves out to be officers of numerous different banks and mortgage-related entities, often using numerous conflicting titles in the same week.

Titles attributed to Korell Harp include Vice President of American Home Mortgage Servicing, Inc. as successor-in-interest to Option One Mortgage Corporation; Vice President of American Brokers Conduit; Vice President of Argent Mortgage Company, LLC; and Vice President of Mortgage Electronic Registration Systems, Inc.

Titles attributed to Tywanna Thomas include Assistant Vice President of Option One Mortgage Corporation, Assistant Vice President of American Home Mortgage Servicing, Assistant Vice President of Mortgage Electronic Registration Systems, Assistant vice President of Argent Mortgage Company, LLC, Assistant Vice

President of Deutsche Bank National Trust Company, Assistant Vice President of Sand Canyon Corporation and Assistant Vice President of American Home Mortgage Acceptance.

Regarding the Attachments,
SECTION ONE – DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE
AMERICAN HOME MORTGAGE ASSETS TRUSTS
Section One includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to showing mortgages transferred to American Home Mortgage Assets Trusts
SECTION TWO – DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE
AMERICAN HOME MORTGAGE INVESTMENT TRUSTS
Section Two includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to showing mortgages transferred to American Home Mortgage Investment Trusts
SECTION THREE – DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE
HARBORVIEW MORTGAGE LOAN TRUSTS
Section Three includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to HarborView Mortgage Loan Trusts
SECTION FOUR – DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE
SOUNDVIEW HOME LOAN TRUSTS
Section Four includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to Soundview Home Loan Trusts
SECTION FIVE – DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE
AMERIQUEST MORTGAGE SECURITIES TRUSTS
Section Five includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to Ameriquest Mortgage Securities Trusts
SECTION SIX – DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ARGENT SECURITIES TRUSTS
Section Six includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to Argent Securities Trusts
SECTION SEVEN – DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE GSAA HOME EQUITY TRUSTS
Section Seven includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to GSAA Home Equity Loan Trusts
SECTION EIGHT – DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE HS1
ASSET SECURITIZATION TRUSTS
Section Eight includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to HS1 Asset Securitization Trusts
SECTION NINE – DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE IXIS REAL ESTATE TRUSTS
Section Nine includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to Ixis Real Estate Trusts
SECTION 10 – DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE LONG
BEACH MORTGAGE TRUSTS
Section Ten includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to Ameriquest Long Beach Mortgage Trusts
SECTION 11 – DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE MORGAN
STANLEY ABS CAPITAL 1 TRUSTS
Section Eleven includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to Morgan Stanley ABS Capital 1 Trusts
SECTION 12 – DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE NOVASTAR
MORTGAGE FUNDING TRUSTS
Section Twelve includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to Novastar Mortgage Funding Trusts
SECTION 13 – DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE SAXON ASSETS SECURITIES TRUSTS
Section Thirteen includes Mortgage Assignments prepared by LPS EMPLOYEES  purporting to show mortgages transferred to Saxon Assets Securities Trusts
SECTION 14 – DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OTHER TRUSTS
WITH MISSING ASSIGNMENTS ―――――・
Section Fourteen includes Mortgage Assignments           prepared by LPS EMPLOYEES purporting to show mortgages transferred to WAMU 2005-AR2, QUEST 2005-X1
SECTION 15 – DEUTSCHE BANK TRUST CO. AMERICAS AS TRUSTEE
MISCELLANEOUS TRUSTS

Section Fifteen includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to: MSIX 2006-1, MORGAN STANLEY, MSAC, 2007-NC3, MSHEL 2007-1, MSHEL 2007-2, 2007-3, MERITAGE 2005-2, JP MORGAN ACQUISITION TRUST, IMAC SECURED ASSETS CORP, GSR MORT. LOAN TRUST, BCAP LLC TRUST, CARRINGTON, SERIES 2005 OPT2

SECTION 16 – BANK OF NEW YORK AS TRUSTEE AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-4

Section Sixteen includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to American Home Mortgage Investment Trust 2004-4.

SECTION 17 – CITIBANK, N.A. AS TRUSTEE AMERICAN HOME MORTGAGE ASSETS TRUSTS & INVESTMENT TRUSTS

Section Seventeen includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to American Home Mortgage Assets Trusts.

SECTION 18 – CITIBANK, N.A. AS TRUSTEE BEAR STEARNS ALT-A TRUSTS

Section Eighteen includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to Bear Stearns ALT-A Trusts SECTION 19 – CITIBANK, N.A. AS TRUSTEE STRUCTURED ASSET MORTGAGE INVESTMENT TRUSTS

Section Nineteen includes Mortgage Assignments prepared by LPS Employees purporting to show mortgages transferred to Structured Asset Mortgage Investment Trusts

SECTION 20 – CITIBANK, N.A. AS TRUSTEE WAMU TRUSTS & BNC MORTGAGE LOAN TRUST

Section Twenty includes Mortgage Assignments prepared by LPS Employees purporting to show mortgages transferred to WAMU Trusts and BNC Mortgage Loan Trusts

SECTION 21 – HSBC BANK, N.A. AS TRUSTEE DEUTSCHE ALT-A & ALT-B SECURITIES TRUSTS

Section Twenty-One includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006- AB3; Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR5

SECTION 22 – HSBC BANK, N.A. AS TRUSTEE ACE SECURITIES CORP. HOME EQUITY LOAN TRUST; SG MORTGAGE SECURITIES TRUST, OPTION ONE MORTGAGE LOAN TRUST

Section Twenty-Two includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to ACE Securities Corp. Home Equity Loan Trust, Series 2006OP1; and SG Mortgage Securities Trust Series 2006 OPT2; and Option One Mortgage Loan Trust Series 2007-HL1

SECTION 23 – JPMORGAN CHASE BANK, N.A. AS TRUSTEE STRUCTURED ASSET MORTGAGE INVESTMENTS TRUST

Section Twenty-Three includes Mortgage Assignments prepared by LPS EMPLOYEES purporting to show mortgages transferred to Structured Asset Mortgage Investments II, Inc., Series 2006-AR5.

SECTION 24 – LASALLE BANK, N.A. AS TRUSTEE MORGAN STANLEY & BEAR STEARNS MORTGAGE LOAN TRUSTS & OTHERS

Section Twenty-Four includes Mortgage Assignments prepared by LPS Employees purporting to show mortgages transferred to Morgan Stanley Mortgage Loan Trust 2006-6AR; Morgan Stanley ABS Capital MSAC 2007-HE6; Bear Stearns Asset-Backed Securities 1, LLC, Series 2004-FR3; Series 2004-HE; 2005-HE9; 2006-HE2; 2006-HE7; 2007-HE1; Series 2007-HE5; Bear Stearns Asset-Backed Securities Trust 2005-4; Securitized Asset Investment Loan Trust, Series 2004-7.

SECTION 25 – U.S. BANK, N.A. AS TRUSTEE MASTR TRUSTS

Section Twenty-Five includes Mortgage Assignments prepared by LPS Employees purporting to show mortgages transferred to MASTR Adjustable Rate Mortgages Trust 2006-OA1; MASTR Adjustable Rate Mortgages Trust 2007-1; MASTR Asset-Backed Securities Trust 2007-HE2

SECTION 26 – U.S. BANK, N.A. AS TRUSTEE STRUCTURED ASSET INVESTMENT & STRUCTURED ASSET SECURITIES TRUSTS

Section Twenty-Six includes Mortgage Assignments prepared by LPS Employees purporting to show mortgages transferred to Structured Asset Investment & Structured Asset Securities Trusts, including Series 2005-3, 2005-10, 2006 BNC2, 2006 BNC3 and 2006 BNC6

SECTION 27 – U.S. BANK, N.A. AS TRUSTEE MISC. OTHER TRUSTS

Section Twenty-Seven includes Mortgage Assignments prepared by LPS Employees purporting to show mortgages transferred to American Home Mortgage Investment Trust 2005-4; and GSAA Home Equity Trust 2006-9.

SECTION 28 – WELLS FARGO BANK AS TRUSTEE ABFC TRUSTS

Section Twenty-Eight includes Mortgage Assignments prepared by LPS Employees purporting to show mortgages transferred to several ABFC Trusts

SECTION 29 – WELLS FARGO BANK AS TRUSTEE MASTR ASSET-BACKED SECURITIES TRUSTS

Section Twenty-Nine includes Mortgage Assignments prepared by LPS Employees purporting to show mortgages transferred to MASTR Asset-Backed Securities Trust 2003-OPT2 and 2005-OPT1

SECTION 30 – WELLS FARGO BANK AS TRUSTEE OPTION ONE MORTGAGE LOAN TRUSTS
Section Thirty includes Mortgage Assignments prepared by LPS Employees purporting to show mortgages transferred to over 25 Option One Mortgage Loan Trusts

SECTION 31 – WELLS FARGO BANK AS TRUSTEE SECURITIZED ASSET-BACK SECURITIES and/or RECEIVABLES TRUSTS
Section Thirty-One includes Mortgage Assignments prepared by LPS Employees purporting to show mortgages transferred to six Securitized Asset-Backed Receivables Trusts

SECTION 32 – WELLS FARGO BANK AS TRUSTEE SOUNDVIEW HOME LOAN TRUSTS
Section Thirty-Two includes Mortgage Assignments prepared by LPS Employees purporting to show mortgages transferred to four SoundView Home Loan Trusts

SECTION 33 – WELLS FARGO BANK AS TRUSTEE MISC. OTHER TRUSTS
Section Thirty-Three includes Mortgage Assignments prepared by LPS Employees purporting to show mortgages transferred to other trusts that use U.S. Bank at Trustee.

Thank you for your attention to this matter. While I am concerned about the defrauded investors, particularly the pension funds that have invested in these trusts, I am also concerned about the homeowners who are losing their homes to bank/trustees who use these Assignments without disclosing the issue of the missing Trust documents.

Yours truly,
Lynn E. Szymoniak, Esq.

# Attachment C



**Office of the Attorney General**

**Washington, D. C. 20530**

January 27, 2012

MEMORANDUM TO THE FINANCIAL FRAUD ENFORCEMENT TASK FORCE

FROM:    THE ATTORNEY GENERAL
         Chair, Financial Fraud Enforcement Task Force

SUBJECT:    Residential Mortgage-Backed Securities

The recent global financial crisis has affected, and continues to affect, millions of Americans who placed their trust in the integrity and fairness of our financial institutions and markets. Through congressional inquiry and other criminal and civil investigations into the cause of the financial crisis, we have learned that the creation, sale, and, ultimately, massive failure of residential mortgage-backed securities (or, RMBS, as they are known) contributed significantly to the collapse of the housing market, damaged the public's trust and threatened the safety and soundness of our economy.

Many of our Task Force members have conducted, and currently are conducting, civil and criminal investigations into the RMBS market to determine whether it was infected by fraud and other misconduct. As you know, a central mission of the Task Force is to enhance the government's effectiveness to prevent and combat financial fraud by sharing information and fostering cooperation among members. Therefore, in order to collaborate with these existing state and federal investigations, as well as forthcoming investigations, I am directing the Task Force to create a new working group specifically devoted to this issue. Specifically, I am asking this new group -- the Residential Mortgage-Backed Securities Working Group -- to assist state and federal law enforcement offices in achieving justice for the victims of any such misconduct by collaborating on the existing ongoing efforts as well as new investigations into these matters, including:

- misrepresentations by originators, sponsors, underwriters, and other market participants concerning the quality of mortgages backing the RMBS;

- failures to transfer ownership of the collateral into the securities;

- failures by trustees to manage adequately the assets within the securitized pools of loans;

- failures by RMBS sponsors to repurchase the problematic loans or remit loan proceeds to RMBS trusts;

- failures by RMBS sponsors to adequately reserve for and/or disclose the potential exposure to liability if obligations to repurchase problematic loans were triggered; and

1

- any harm suffered by American consumers as a result of any of the above misrepresentations or failures.

In addition, I am directing the group to collaborate regarding investigations of misconduct in the origination of loans insured by federal government agencies.

Each of the following individuals, true leaders and experts in this field, will act as a co-chair for the group:

- Lanny Breuer, Assistant Attorney General, Criminal Division, DOJ
- Robert Khuzami, Director of Enforcement, SEC
- Eric Schneiderman, Attorney General, State of New York
- John Walsh, United States Attorney, District of Colorado
- Tony West, Assistant Attorney General, Civil Division, DOJ

The mission of the group -- to hold accountable those who violated the law and provide relief for homeowners struggling from the collapse of the housing market -- will be furthered through the active participation of the following members:

- Executive Office for United States Attorneys
- Federal Bureau of Investigation
- Financial Crimes Enforcement Network
- Internal Revenue Service - Criminal Investigation
- Consumer Financial Protection Bureau
- Federal Housing Finance Agency's Office of Inspector General
- United States Department of Housing and Urban Development
- United States Department of Housing and Urban Development's Office of Inspector General

I direct that this Working Group report directly to the Task Force Steering Committee periodically on developments.

To the extent there was any fraud or misconduct in the RMBS market, we remain committed to discovering it and ensuring that justice is achieved for the victims. I have created this new working group for that purpose, and I look forward to hearing about the great work that it will accomplish.

# Attachment D

Open Letter to Senator Elizabeth Warren

June 2, 2018
Senator Elizabeth Warren
2400 JFK Building
15 New Sudbury Street
Boston, MA 02203

May 23, 2018

Re: Ocwen Loan Servicing and Wells Fargo Bank acting as Attorney-in-Fact for New Century Mortgage, a Defunct, Non-Authorized Foreign Corporation

Dear Senator Warren:

This letter concerns mortgage assignments made by Ocwen Loan Servicing and the mortgage assignment team of Wells Fargo Bank in foreclosure cases involving mortgage-backed trusts. Ocwen and Wells Fargo make these assignments for bank/trustees, especially Deutsche Bank, to use in foreclosures, particularly in cases involving Morgan Stanley ABS Capital I, Inc. trusts, ("MSAC trusts") and Goldman Sachs trusts ("GSAMP trusts"). Unfortunately, this is not just a historical problem that occurred in the years of the financial crisis. Ocwen and Wells Fargo made and led these assignments nationwide through 2018. These misleading assignments continue to be used against homeowners in foreclosure cases.
Loans made by New Century Mortgage and other subprime lenders were funneled into MSAC and GSAMP trusts that held billions of dollars in loans, with Deutsche Bank often servicing as trustee. Wells Fargo Bank and Ocwen acted as loan servicers. New Century was ordered to cease doing business in Massachusetts, New York and many other states in March 2007. New Century led for bankruptcy in April 2007. New Century's assets were transferred to the New Century Liquidating Trust. Despite the enforcement actions and bankruptcy and transfer of assets, Wells Fargo and Ocwen continued to produce mortgage assignments for the trusts that held the New Century loans, as if New Century Mortgage continues to exist and continues to own mortgages. These assignments wrongly state the date on which the mortgages were assigned to the trusts
and also wrongly state the chain of title of the loans and mortgages. These assignments wrongly show that mortgages were assigned to trusts years after the trusts actually closed, and after the loans were already in default. No assignments were actually made on the Ocwen, Wells Fargo and Deutsche Bank have used these assignments to foreclose on tens of thousands of homeowners. Deutsche Bank uses these assignments to add credibility to its claims that it has the right to foreclose. Examples of these assignments

are attached to this letter as Appendix A. Examples from Florida, South Essex County, Massachusetts, Guilford County, North Carolina and Beaufort County, South Carolina are included.
When Deutsche Bank needs documents to build its foreclosure cases, Deutsche Bank turns to Wells Fargo and Ocwen. I am asking that Wells Fargo, Ocwen and Deutsche Bank be enjoined from creating and ling mortgage assignments for New Century Mortgage or any other defunct company.
Despite all the actions taken against them, Ocwen and Wells Fargo continue to act to harm homeowners and investors, often acting under the guise of MERS officers or as attorney-in-fact, for companies that have long been defunct. Companies that were enjoined from acting in Massachusetts, Florida and other states continue to act through these assignments.
Thank you for your leadership and all of your e orts to regulate the conduct of banks and mortgage servicers.

Yours truly,
Lynn E. Szymoniak, Esq.

cc: Florida Attorney General Pam Bondi
Office of Attorney General
State of Florida
The Capitol PL-01 Tallahassee, FL 32399-1050
cc: John O'Brien, Register of Deeds, South Essex County, Massachusetts
Je Thigpen, Register of Deeds, Guilford County, SC

# Attachment E

**Justice League**

"In seeking truth you have to get both sides of a story.—And that's the way it is."–Walter Cronkite

---

LINK

Mortgage Trusts In 2006: 1,071 TRUSTS, $942,451,061,688

Lynn Szymoniak stated in her lawsuit that, "Defendants used fraudulent mortgage assignments to conceal that over 1400 MBS trusts, each with mortgages valued at over $1 billion, are missing critical documents," meaning that at least $1.4 trillion in mortgage-backed securities are, in fact, non-mortgage-backed securities. Because of the strict laws governing of these kinds of securitizations, there's no way to make the assignments after the fact. Activists have a name for this: "securitization FAIL."

*1,071 TRUSTS REGISTERED WITH THE SEC IN 2006 WITH OFFERING AMOUNTS: $942,451,061,688.*

AAMES MORTGAGE INVESTMENT TRUST 2006-1
$596,553,000

ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-HE1
$1,386,432,000

ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT1
$1,026,972,000

ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT2
$1,061,338,000

ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT3
$803,217,000

ACCREDITED MORTGAGE LOAN TRUST 2006-1
$997,727,000

ACCREDITED MORTGAGE LOAN TRUST 2006-2
$1,097,800,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-ASAP1
$485,772,000

This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-ASAP2
$554,463,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-ASAP3
$713,984,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-ASAP4
$555,069,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-ASAP5
$795,572,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-ASAP6
$659,725,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-ASL1
$161,936,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-CW1
$809,240,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-FM1
$1,412,660,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-FM2
$850,364,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-GP1
$352,607,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-HE1
$2,453,286,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-HE2
$917,017,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-HE3
$1,094,776,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-HE4
$679,633,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-NC1
$1,280,565,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-NC2
$843,325,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-NC3

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

$1,460,853,000

Close and accept

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-OP1
$1,083,807,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-OP2
$864,896,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SD1
$160,330,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SD2
$138,773,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SD3
$145,280,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SL1
$393,685,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SL2
$501,540,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SL3
$229,689,000

ACE SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-SL4
$331,500,000

ADJUSTABLE RATE MORTGAGE TRUST (CSFB) 2006-1
$1,333,476,100z

ADJUSTABLE RATE MORTGAGE TRUST (CSFB) 2006-2
$1,620,821,100

ADJUSTABLE RATE MORTGAGE TRUST (CSFB) 2006-2A
$288,536,941

ADJUSTABLE RATE MORTGAGE TRUST (CSFB) 2006-3
$1,451,917,100

AEGIS ASSET-BACKED SECURITIES TRUST 2006-1
$510,562,000

ALTERNATIVE LOAN TRUST 2006-34

$200,553,202

ALTERNATIVE LOAN TRUST 2006-42

$246,986,001

ALTERNATIVE LOAN TRUST 2006-46

$296,399,437

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
 To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

ALTERNATIVE LOAN TRUST 2006-2CB
$876,481,015

ALTERNATIVE LOAN TRUST 2006-4CB
$683,680,636

ALTERNATIVE LOAN TRUST 2006-6CB
$2,164,334,096

ALTERNATIVE LOAN TRUST 2006-7CB
$548,064,958

ALTERNATIVE LOAN TRUST 2006-11CB
$763,457,959

ALTERNATIVE LOAN TRUST 2006-12CB
$624,731,141

ALTERNATIVE LOAN TRUST 2006-14CB
$519,223,126

ALTERNATIVE LOAN TRUST 2006-15CB
$366,789,456

ALTERNATIVE LOAN TRUST 2006-16CB
$311,691,556

ALTERNATIVE LOAN TRUST 2006-18CB
$1,040,024,215

ALTERNATIVE LOAN TRUST 2006-19CB
$1,558,637,921

ALTERNATIVE LOAN TRUST 2006-20CB
$551,732,773

ALTERNATIVE LOAN TRUST 2006-21CB
$520,536,856

ALTERNATIVE LOAN TRUST 2006-23CB
$987,020,570

8/8/2020                    Mortgage Trusts in 2006: 1,071 TRUSTS, $942,451,061,688 | Justice League

ALTERNATIVE LOAN TRUST 2006-24CB Privacy & Cookies: This site uses cookies. By continuing to use this website, you
agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy
$880,451,378

                                                                                            Close and accept

ALTERNATIVE LOAN TRUST 2006-25CB
$518,814,998

ALTERNATIVE LOAN TRUST 2006-26CB
$395,599,061

ALTERNATIVE LOAN TRUST 2006-27CB
$310,200,987

ALTERNATIVE LOAN TRUST 2006-28CB
$518,233,936

ALTERNATIVE LOAN TRUST 2006-31CB
$865,696,096

ALTERNATIVE LOAN TRUST 2006-32CB
$619,686,154

ALTERNATIVE LOAN TRUST 2006-33CB
$619,062,482

ALTERNATIVE LOAN TRUST 2006-35CB
$619,050,252

ALTERNATIVE LOAN TRUST 2006-39CB
$808,983,132

ALTERNATIVE LOAN TRUST 2006-41CB
$1,135,112,855

ALTERNATIVE LOAN TRUST 2006-43CB
$874,833,833

ALTERNATIVE LOAN TRUST 2006-HY3
$249,703,100

ALTERNATIVE LOAN TRUST 2006-HY10
$529,427,100

ALTERNATIVE LOAN TRUST 2006-HY11
$445,727,100

ALTERNATIVE LOAN TRUST 2006-HY12

$791,111,100

ALTERNATIVE LOAN TRUST 2006-HY13

$883,972,100

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

ALTERNATIVE LOAN TRUST 2006-J1

$781,555,047

ALTERNATIVE LOAN TRUST 2006-J2

$245,087,019

ALTERNATIVE LOAN TRUST 2006-J3

$253,461,322

ALTERNATIVE LOAN TRUST 2006-J4

$428,134,055

ALTERNATIVE LOAN TRUST 2006-J5

$421,364,240

ALTERNATIVE LOAN TRUST 2006-J6

$185,251,552

ALTERNATIVE LOAN TRUST 2006-J7

$347,393,561

ALTERNATIVE LOAN TRUST 2006-J8

$462,029,521

ALTERNATIVE LOAN TRUST 2006-OA1

$1,038,779,100

ALTERNATIVE LOAN TRUST 2006-OA2

$1,697,910,100

ALTERNATIVE LOAN TRUST 2006-OA3

$753,195,100

ALTERNATIVE LOAN TRUST 2006-OA6

$1,034,375,100

ALTERNATIVE LOAN TRUST 2006-OA7

$1,177,528,100

8/8/2020                          Mortgage Trusts in 2006: 1,071 TRUSTS, $942,451,061,688 | Justice League

ALTERNATIVE LOAN TRUST 2006-OA8
$606,092,100


ALTERNATIVE LOAN TRUST 2006-OA9
$928,908,100


ALTERNATIVE LOAN TRUST 2006-OA10
$2,768,599,100

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

ALTERNATIVE LOAN TRUST 2006-OA11
$1,237,208,100


ALTERNATIVE LOAN TRUST 2006-OA12
$984,619,100


ALTERNATIVE LOAN TRUST 2006-OA14
$949,619,100


ALTERNATIVE LOAN TRUST 2006-0A16
$1,336,380,100


ALTERNATIVE LOAN TRUST 2006-OA17
$1,560,610,100


ALTERNATIVE LOAN TRUST 2006-OA18
$498,492,256


ALTERNATIVE LOAN TRUST 2006-OA19
$1,199,267,100


ALTERNATIVE LOAN TRUST 2006-OA21
$1,292,642,100


ALTERNATIVE LOAN TRUST 2006-OA22
$380,943,100


ALTERNATIVE LOAN TRUST 2006-OC1
$1,196,264,100


ALTERNATIVE LOAN TRUST 2006-OC2
$833,712,100


ALTERNATIVE LOAN TRUST 2006-OC3
$671,248,100

ALTERNATIVE LOAN TRUST 2006-OC4

$569,225,100

ALTERNATIVE LOAN TRUST 2006-OC5

$789,079,100

ALTERNATIVE LOAN TRUST 2006-OC6

$625,543,100

ALTERNATIVE LOAN TRUST 2006-OC7

$582,249,100

ALTERNATIVE LOAN TRUST 2006-OC8

$1,693,916,100

ALTERNATIVE LOAN TRUST 2006-OC9

$546,528,100

ALTERNATIVE LOAN TRUST 2006-OC10

$805,404,100

ALTERNATIVE LOAN TRUST 2006-OC11

$1,089,000,100

ALTERNATIVE LOAN TRUST 2006-37R

$68,315,933

ALTERNATIVE LOAN TRUST 2006-8T1

$355,528,517

ALTERNATIVE LOAN TRUST 2006-9T1

$522,122,602

ALTERNATIVE LOAN TRUST 2006-13T1

$493,728,887

ALTERNATIVE LOAN TRUST 2006-17T1

$474,959,606

ALTERNATIVE LOAN TRUST 2006-29T1

$785,759,998

ALTERNATIVE LOAN TRUST 2006-30T1

$469,299,928

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

ALTERNATIVE LOAN TRUST 2006-40T1

$592,478,599

ALTERNATIVE LOAN TRUST 2006-45T1

$1,113,036,850

ALTERNATIVE LOAN TRUST 2006-5T2

$370,765,076

ALTERNATIVE LOAN TRUST 2006-36T2

$734,911,293

AMERICAN HOME MORTGAGE ASSETS TRUST 2006-1

$1,105,886,100

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

AMERICAN HOME MORTGAGE ASSETS TRUST 2006-2

$1,200,506,000

AMERICAN HOME MORTGAGE ASSETS TRUST 2006-3

$1,682,386,000

AMERICAN HOME MORTGAGE ASSETS TRUST 2006-4

$1,506,967,000

AMERICAN HOME MORTGAGE ASSETS TRUST 2006-5

$1,520,374,000

AMERICAN HOME MORTGAGE ASSETS TRUST 2006-6

$1,248,799,000

AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-1

$1,964,063,000

AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-2

$948,479,000

AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-3

$1,709,785,000

AMERIQUEST MORTGAGE SECURITIES TRUST 2006-M3

$1,934,646,000

AMERIQUEST MORTGAGE SECURITIES TRUST 2006-R1

$1,462,510,000

AMERIQUEST MORTGAGE SECURITIES TRUST 2006-R2

$973,500,000

ARGENT SECURITIES TRUST 2006-M1

$2,938,500,000

ARGENT SECURITIES TRUST 2006-M2

$1,659,277,000

ARGENT SECURITIES INC. 2006-W1

$2,207,606,000

ARGENT SECURITIES INC. 2006-W2

$1,546,401,000

ARGENT SECURITIES INC. 2006-W3 Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree
to their use.
  To find out more, including how to control cookies, see here: Cookie Policy
$1,429,630,000

Close and accept

ARGENT SECURITIES, INC. 2006-W4

$1,391,343,000

ARGENT SECURITIES, INC. 2006-W5

$1,343,036,000

ASSET BACKED SECURITIES CORP. HOME EQUITY LOAN TRUST 2006-HE1

$1,073,174,000

ASSET BACKED SECURITIES CORP. HOME EQUITY LOAN TRUST AMQ 2006-HE7

$1,001,959,000

ASSET BACKED SECURITIES CORP. HOME EQUITY LOAN TRUST MO 2006-HE6

$919,371,000

ASSET BACKED SECURITIES HOME EQUITY LOAN TRUST NC 2006-HE2

$723,137,000

ASSET BACKED SECURITIES HOME EQUITY LOAN TRUST NC 2006-HE4

$875,104,000

ASSET BACKED SECURITIES HOME EQUITY LOAN TRUST OOMC 2006-HE3

$935,462,000

ASSET BACKED SECURITIES HOME EQUITY LOAN TRUST OOMC 2006-HE5

$683,571,000

8/8/2020

BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-1
$343,850,036

BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-2
$440,607,505

BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-3
$322,541,346

BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-4
$412,834,805

BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-5
$454,477,780

BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-6
$305,688,755

BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-7

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy
$667,278,000

Close and accept

BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-8
$504,803,622

BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-9
$332,758,443

BANC OF AMERICA FUNDING CORP. TRUST 2006-1
$479,549,013

BANC OF AMERICA FUNDING CORP. TRUST 2006-2
$811,211,836

BANC OF AMERICA FUNDING CORP. TRUST 2006-3
$941,391,425

BANC OF AMERICA FUNDING CORP. TRUST 2006-4
$289,557,483

BANC OF AMERICA FUNDING CORP. TRUST 2006-5
$703,475,133

BANC OF AMERICA FUNDING CORP. TRUST 2006-6
$713,655,943

BANC OF AMERICA FUNDING CORP. TRUST 2006-7

$731,415,299

BANC OF AMERICA FUNDING CORP. TRUST 2006-8T2

$330,665,100

BANC OF AMERICA FUNDING 2006-A TRUST

$1,091,019,100

BANC OF AMERICA FUNDING 2006-B TRUST

$478,411,100

BANC OF AMERICA FUNDING 2006-C TRUST

$415,787,000

BANC OF AMERICA FUNDING 2006-D TRUST

$1,776,428,100

BANC OF AMERICA FUNDING 2006-E TRUST

$632,313,100

BANC OF AMERICA FUNDING 2006-F TRUST

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

$558,078,100

Close and accept

BANC OF AMERICA FUNDING 2006-G TRUST

$2,507,706,000

BANC OF AMERICA FUNDING 2006-H TRUST

$1,842,163,100

BANC OF AMERICA FUNDING 2006-I TRUST

$555,413,000

BANC OF AMERICA FUNDING 2006-J TRUST

$1,156,229,100

BCAP, LLC TRUST 2006-AA1

$289,652,000

BCAP, LLC TRUST 2006-AA2

$1,200,797,000

BEAR STEARNS ALT-A (BALTA) MORTGAGE PASS-THROUGH TRUST 2006-1

$1,710,544,000

BEAR STEARNS ALT-A (BALTA) MORTGAGE PASS-THROUGH TRUST 2006-2
$1,617,217,000

BEAR STEARNS ALT-A (BALTA) MORTGAGE PASS-THROUGH TRUST 2006-3
$2,974,543,000

BEAR STEARNS ALT-A (BALTA) MORTGAGE PASS-THROUGH TRUST 2006-4
$5,084,484,000

BEAR STEARNS ALT-A (BALTA) MORTGAGE PASS-THROUGH TRUST 2006-5
$1,384,969,000

BEAR STEARNS ALT-A (BALTA) MORTGAGE PASS-THROUGH TRUST 2006-6
$1,863,943,000

BEAR STEARNS ALT-A (BALTA) MORTGAGE PASS-THROUGH TRUST 2006-7
$1,252,719,000

BEAR STEARNS ALT-A (BALTA) MORTGAGE PASS-THROUGH TRUST 2006-8
$1,353,897,000

BEAR STEARNS ARM TRUST 2006-1
$940,904,000

BEAR STEARNS ARM TRUST 2006-2
$1,177,429,000

BEAR STEARNS ARM TRUST 2006-3
$305,934,037

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

BEAR STEARNS ARM TRUST 2006-4

$1,306,358,150


BEAR STEARNS ASSET BACKED SECURITIES, INC. 2006-1

$220,500,000


BEAR STEARNS ASSET BACKED SECURITIES, INC. 2006-2

$203,000,000


BEAR STEARNS ASSET BACKED SECURITIES, INC. 2006-3

$245,000,000


BEAR STEARNS ASSET BACKED SECURITIES, INC. 2006-4

$190,000,000


BEAR STEARNS ASSET BACKED SECURITIES I, LLC 2006-EC1

$471,435,000


BEAR STEARNS ASSET BACKED SECURITIES I, LLC 2006-EC2

$425,588,000


BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC1

$782,607,708


BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC2

$527,017,479


BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC3

$518,778,000


BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC4

$357,522,000


BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AC5

$260,663,000


BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-AQ1

$593,225,000


BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE1

$626,334,000


BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE2

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
 To find out more, including how to control cookies, see here: Cookie Policy

$671,544,000

Case 2:24-cv-04986-WB   Document 2   Filed 09/18/24   Page 34 of 85

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE3

Close and accept

$758,519,000

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE4
$704,002,000

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE5
$396,674,000

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE6
$517,489,000

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE7
$578,482,000

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE9
$1,007,791,000

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE10
$1,096,352,000

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-IM1
$1,059,798,000

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-PC1
$455,633,000

BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-ST1
$179,081,000

BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AC1
$241,704,000

BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR1
$973,112,000

BEAR STEARNS MORTGAGE FUNDING GRANTOR TRUST 2006-AR3
$795,165,000

BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR4
$496,614,000

BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR5
$1,831,882,000

BEAR STEARNS MORTGAGE FUNDING TRUST 2006-SL1

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

$477,761,000

Close and accept

BEAR STEARNS MORTGAGE FUNDING TRUST 2006-SL2
$323,515,000

BEAR STEARNS MORTGAGE FUNDING TRUST 2006-SL3
$290,743,000

BEAR STEARNS MORTGAGE FUNDING TRUST 2006-SL4
$296,247,000

BEAR STEARNS MORTGAGE FUNDING TRUST 2006-SL5
$334,186,000

BEAR STEARNS MORTGAGE FUNDING TRUST 2006-SL6
$350,246,000

BNC MORTGAGE LOAN TRUST 2006-1
$835,639,000

BNC MORTGAGE LOAN TRUST 2006-2
$773,981,000

CARRINGTON MORTGAGE LOAN TRUST 2006-FRE1
$1,140,288,000

CARRINGTON MORTGAGE LOAN TRUST 2006-FRE2
$946,460,000

CARRINGTON MORTGAGE LOAN TRUST 2006-NC1 $1,378,474,000

CARRINGTON MORTGAGE LOAN TRUST 2006-NC2 $901,125,000

CARRINGTON MORTGAGE LOAN TRUST 2006-NC3
$1,561,439,000

CARRINGTON MORTGAGE LOAN TRUST 2006-NC4

$1,550,814,000

CARRINGTON MORTGAGE LOAN TRUST 2006-
NC5
$1,158,238,000

CARRINGTON MORTGAGE LOAN TRUST 2006-OPT1
$959,704,000

CARRINGTON MORTGAGE LOAN TRUST 2006-RFC1
$743,362,000

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

C-BASS 2006-CB2 TRUST
$937,292,000

C-BASS MORTGAGE LOAN ASSET-BACKED CERTS. 2006-CB4
$483,150,000

C-BASS 2006-CB6 TRUST
$733,871,000

C-BASS 2006-CB7 TRUST
$838,280,000

C-BASS MORTGAGE LOAN ASSET-BACKED CERTS. 2006-CB8
$517,954,000

C-BASS TRUST 2006-CB9
$724,979,000

CHL MORTGAGE PASS-THROUGH TRUST 2006-1
$373,367,486

CHL MORTGAGE PASS-THROUGH TRUST 2006-3
$1,052,797,100

CHL MORTGAGE PASS-THROUGH TRUST 2006-6
$481,822,237

CHL MORTGAGE PASS-THROUGH TRUST 2006-8
$778,089,936

CHL MORTGAGE PASS-THROUGH TRUST 2006-9
$415,909,999

CHL MORTGAGE PASS-THROUGH TRUST 2006-10

$600,481,743

CHL MORTGAGE PASS-THROUGH TRUST 2006-11

$626,849,839

CHL MORTGAGE PASS-THROUGH TRUST 2006-12

$652,719,878

CHL MORTGAGE PASS-THROUGH TRUST 2006-13

$519,389,436

CHL MORTGAGE PASS-THROUGH TRUST 2006-14

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

$366,159,454

Close and accept

CHL MORTGAGE PASS-THROUGH TRUST 2006-15

$397,004,000

CHL MORTGAGE PASS-THROUGH TRUST 2006-16

$994,995,037

CHL MORTGAGE PASS-THROUGH TRUST 2006-17

$518,379,893

CHL MORTGAGE PASS-THROUGH TRUST 2006-18

$517,384,203

CHL MORTGAGE PASS-THROUGH TRUST 2006-19

$1,241,757,925

CHL MORTGAGE PASS-THROUGH TRUST 2006-20

$1,035,793,979

CHL MORTGAGE PASS-THROUGH TRUST 2006-21

$1,016,881,735

CHL MORTGAGE PASS-THROUGH TRUST 2006-HYB1

$1,154,098,100

CHL MORTGAGE PASS-THROUGH TRUST 2006-HYB2

$653,891,100

CHL MORTGAGE PASS-THROUGH TRUST 2006-HYB3

$966,897,100

CHL MORTGAGE PASS-THROUGH TRUST 2006-HYB4
$443,360,100

CHL MORTGAGE PASS-THROUGH TRUST 2006-HYB5
$526,000,100

CHL MORTGAGE PASS-THROUGH TRUST 2006-J1
$406,869,042

CHL MORTGAGE PASS-THROUGH TRUST 2006-J2
$174,124,645

CHL MORTGAGE PASS-THROUGH TRUST 2006-J3
$216,167,679

CHL MORTGAGE PASS-THROUGH TRUST 2006-J4

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

$371,980,842

CHL MORTGAGE PASS-THROUGH TRUST 2006-OA4
$774,076,100

Close and accept

8/8/2020

Mortgage Trusts In 2006: 1,071 TRUSTS, $942,451,061,688 | Justice League

CHL MORTGAGE PASS-THROUGH TRUST 2006-OA5
$1,364,317,100

CHL MORTGAGE PASS-THROUGH TRUST 2006-TM1
$921,028,907

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-4
$316,914,052

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-AMC1
$625,148,000

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-AR1
$1,502,324,000

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-AR5
$932,941,201

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-AR6
$1,458,660,100

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-AR7
$933,756,200

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-AR9
$632,051,100

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-CB3
$803,440,000

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-FX1
$415,181,000

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-HE1
$661,696,000

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-HE2
$387,660,000

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-HE3
$491,684,000

8/8/2020

Mortgage Trusts In 2006: 1,071 TRUSTS, $942,451,061,688 | Justice League

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-NC1 Privacy & Cookies: This site uses cookies. By continuing to
use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy
$715,603,000

Close and accept

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-NC2
$768,119,000

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-WF1
$852,835,000

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-WF2
$1,121,104,000

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-WFHE1
$409,540,000

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-WFHE2
$957,407,000

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-WFHE3
$1,563,140,000

CITIGROUP MORTGAGE LOAN TRUST ("CMLTI") 2006-WFHE4
$877,294,000

CSMC MORTGAGE BACKED PASS-THROUGH CERTS, SERIES 2006-1
$869,957,736

CSMC MORTGAGE BACKED PASS-THROUGH CERTS, SERIES 2006-2
$832,944,534

CSMC MORTGAGE BACKED TRUST SERIES 2006-3
$1,065,537,002

CSMC MORTGAGE BACKED TRUST SERIES 2006-4
$899,047,312

CSMC MORTGAGE BACKED TRUST SERIES 2006-5
$396,733,279

CSMC MORTGAGE BACKED TRUST 2006-6
$538,605,065

CSMC MORTGAGE BACKED TRUST 2006-7
$1,154,788,365

CSMC MORTGAGE BACKED TRUST 2006-9

$874,852,151

CWABS ASSET-BACKED CERTS. TRUST 2006-1

$756,643,100

CWABS ASSET-BACKED CERTS. TRUST 2006-2

$801,975,100

CWABS ASSET-BACKED CERTS. TRUST 2006-3

$1,361,500,100

CWABS ASSET-BACKED CERTS. TRUST 2006-4

$606,775,100

CWABS ASSET-BACKED CERTS. TRUST 2006-5

$672,135,100

CWABS ASSET-BACKED CERTS. TRUST 2006-6

$1,762,200,100

CWABS ASSET-BACKED CERTS. TRUST 2006-7

$1,017,378,100

CWABS ASSET-BACKED CERTS. TRUST 2006-8

$1,946,000,100

CWABS ASSET-BACKED CERTS. TRUST 2006-9

$563,832,100

CWABS ASSET-BACKED CERTS. TRUST 2006-10

$585,515,000

CWABS ASSET-BACKED CERTS. TRUST 2006-11

$1,846,600,100

CWABS ASSET-BACKED CERTS. TRUST 2006-12

$1,272,700,100

CWABS ASSET-BACKED CERTS. TRUST 2006-13

$1,602,525,100

CWABS ASSET-BACKED CERTS. TRUST 2006-14

$1,453,500,100

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

CWABS ASSET-BACKED CERTS. TRUST 2006-15

$937,000,100

CWABS ASSET-BACKED CERTS. TRUST 2006-16

$486,500,100

CWABS ASSET-BACKED CERTS. TRUST 2006-17

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
 To find out more, including how to control cookies, see here: Cookie Policy

$972,000,100

Close and accept

CWABS ASSET-BACKED CERTS. TRUST 2006-18

$1,653,250,100

CWABS ASSET-BACKED CERTS. TRUST 2006-19

$869,850,100

CWABS ASSET-BACKED CERTS. TRUST 2006-20

$976,000,100

CWABS ASSET-BACKED CERTS. TRUST 2006-21

$1,069,750,100

CWABS ASSET-BACKED CERTS. TRUST 2006-22

$1,556,000,100

CWABS ASSET-BACKED CERTS. TRUST 2006-23

$1,553,600,100

CWABS ASSET-BACKED CERTS. TRUST 2006-24

$1,305,024,100

CWABS ASSET-BACKED CERTS. TRUST 2006-25

$1,507,375,100

CWABS ASSET-BACKED CERTS. TRUST 2006-26

$1,167,600,100

CWABS ASSET-BACKED CERTS. TRUST 2006-ABC1

$396,600,100

CWABS ASSET-BACKED CERTS. TRUST 2006-BC2

$629,525,100

CWABS ASSET-BACKED CERTS. TRUST 2006-BC3

$579,300,100

CWABS ASSET-BACKED CERTS. TRUST 2006-BC4

$578,700,100

CWABS ASSET-BACKED CERTS. TRUST 2006-BC5

$729,003,100

CWABS ASSET-BACKED CERTS. TRUST 2006-IM1

$697,200,100

CWABS ASSET-BACKED CERTS. TRUST 2006-SPS1 Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

$230,875,100

Close and accept

CWABS ASSET-BACKED CERTS. TRUST 2006-SPS2

$456,500,100

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-S1
$860,000,100

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-S2
$1,050,000,100

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-S3
$1,000,000,100

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-S4
$1,000,000,100

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-S5
$900,000,100

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-S6
$1,100,000,100

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-S7
$994,500,100

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-S8
$1,000,000,100

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-S9
$1,000,000,100

CWHEQ HOME EQUITY LOAN TRUST SERIES 2006-S10
$1,597,600,100

CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-A
$800,000,000

CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-B
$1,150,000,000

CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-C
$1,850,000,000

CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-D
$1,850,000,000

CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-E
$1,500,000,000

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

8/8/2020                    Mortgage Trusts In 2006: 1,071 TRUSTS, $942,451,061,688 | Justice League

CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-F

Close and accept

$1,620,000,000

CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-G
$1,000,000,000

CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H
$2,000,000,000

CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-I
$2,100,000,000

DEUTSCHE ALT A SECURITIES MORTGAGE LOANTRUST 2006-AB2
$567,509,000

DEUTSCHE ALT A SECURITIES TRUST 2006-AF1
$942,118,100

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2006-AR1
$1,011,415,100

DEUTSCHE ALT A SECURITIES TRUST 2006-AR2
$443,392,000

DEUTSCHE ALT A SECURITIES MORTGAGE LOANTRUST 2006-AR3
$1,198,285,000

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2006-AR4
$1,112,812,000

DEUTSCHE ALT A SECURITIES MORTGAGE LOAN TRUST 2006-AR5
$1,429,880,808

DEUTSCHE ALT A SECURITIES MORTGAGE LOANTRUST 2006-AR6
$1,757,928,000

DEUTSCHE ALT A SECURITIES MORTGAGE LOANTRUST 2006-OA1
$637,716,000

DEUTSCHE ALT-B SECURITIES MORTGAGE LOAN TRUST 2006-AB1
$718,421,000

DEUTSCHE ALT-B SECURITIES TRUST 2006-AB2

$567,509,000

DEUTSCHE ALT-B SECURITIES TRUST 2006-AB3

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

$431,983,000

Close and accept

DEUTSCHE ALT-B SECURITIES TRUST 2006-AB4

$1,108,720,000

EMC MORTGAGE LOAN TRUST 2006-A

$108,200,000

FIELDSTONE MORTGAGE INVESTMENTS TRUST 2006-1

$926,936,000

FIELDSTONE MORTGAGE INVESTMENTS TRUST 2006-2

$779,200,000

FIELDSTONE MORTGAGE INVESTMENTS TRUST 2006-3

$832,855,000

FFMLT TRUST 2006-FF1

$963,458,000

FFMLT TRUST 2006-FF2

$951,620,000

FFMLT TRUST 2006-FF3

$949,877,200

FFMLT TRUST 2006-FF4

$951,620,000

FFMLT TRUST 2006-FF5

$1,237,934,995

FFMLT TRUST 2006-FF6

$355,616,200

FFMLT TRUST 2006-FF7

$1,136,968,000

FFMLT TRUST 2006-FF8

$826,799,000

FFMLT TRUST 2006-FF9
$1,720,538,691

FFMLT TRUST 2006-FF10
$958,935,000

FFMLT TRUST 2006-FF11 Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy
$1,923,547,923

FFMLT TRUST 2006-FF12
$1,027,081,000

Close and accept

FFMLT TRUST 2006-FF13
$2,054,763,200

FFMLT TRUST 2006-FF14
$1,137,312,000

FFMLT TRUST 2006-FF15
$2,180,086,000

FFMLT TRUST 2006-FF16
$1,179,876,000

FFMLT TRUST 2006-FF17
$762,766,000

FFMLT TRUST 2006-FF18
$2,346,341,000

FREMONT HOME LOAN TRUST 2006-1
$971,098,000

FREMONT HOME LOAN TRUST 2006-2
$950,158,000

FREMONT HOME LOAN TRUST 2006-3
$1,573,510,000

FREMONT HOME LOAN TRUST 2006-A
$763,053,000

FREMONT HOME LOAN TRUST 2006-B
$619,773,000

FREMONT HOME LOAN TRUST 2006-FFH1

$468,270,000

GMACM MORTGAGE PASS-THROUGH CERTS. 2006-A

$368,146,200

GMACM HOME EQUITY LOAN TRUST 2006-HE1

$1,274,156,000

GMACM HOME EQUITY LOAN TRUST 2006-HE2

$626,240,000

GMACM HOME EQUITY LOAN TRUST 2006-HE3

$1,142,334,000

GMACM HOME EQUITY LOAN TRUST 2006-HE4

$1,136,222,000

GMACM HOME EQUITY LOAN TRUST 2006-HE5

$1,244,459,000

GMAC MORTGAGE LOAN TRUST 2006-AR1

$502,050,100

GSAA HOME EQUITY TRUST 2006-1

$906,241,200

GSAA HOME EQUITY TRUST 2006-2

$964,081,200

GSAA HOME EQUITY TRUST 2006-3

$999,623,200

GSAA HOME EQUITY TRUST 2006-4

$875,023,200

GSAA HOME EQUITY TRUST 2006-5

$1,213,875,300

GSAA HOME EQUITY TRUST 2006-6

$470,558,300

GSAA HOME EQUITY TRUST 2006-7

$562,291,300

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

GSAA HOME EQUITY TRUST 2006-8
$1,304,421,300

GSAA HOME EQUITY TRUST 2006-9
$1,586,456,300

GSAA HOME EQUITY TRUST 2006-10
$705,712,300

GSAA HOME EQUITY TRUST 2006-11
$1,525,278,300

GSAA HOME EQUITY TRUST 2006-12
$1,040,159,300

GSAA HOME EQUITY TRUST 2006-13
$489,524,300

GSAA HOME EQUITY TRUST 2006-14
$1,336,657,300

GSAA HOME EQUITY TRUST 2006-15
$538,814,300

GSAA HOME EQUITY TRUST 2006-16

1,457,182,300

GSAA HOME EQUITY TRUST 2006-17
$1,071,935,300

GSAA HOME EQUITY TRUST 2006-18
$514,001,300

GSAA HOME EQUITY TRUST 2006-19
$832,357,300

GSAA HOME EQUITY TRUST 2006-20
$1,289,714,300

GSAMP TRUST 2006-FM1
$966,922,200

GSAMP TRUST 2006-FM2
$992,657,200

GSAMP TRUST 2006-FM3

$691,272,200

GSAMP TRUST 2006-HE1

$898,619,200

GSAMP TRUST 2006-HE2

$578,923,000

GSAMP TRUST 2006-HE3

$1,513,279,200

GSAMP TRUST 2006-HE4

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

GSAMP TRUST 2006-HE5

$995,790,200

Close and accept

$973,065,200

GSAMP TRUST 2006-HE6

$599,508,000

GSAMP TRUST 2006-HE7

$811,968,200

GSAMP TRUST 2006-HE8

$973,578,200

GSAMP TRUST 2006-NC1

$676,384,000

GSAMP TRUST 2006-NC2

$854,173,200

GSAMP TRUST 2006-S1

$487,354,000

GSAMP TRUST 2006-S2

$698,422,000GSAMP TRUST 2006-S3

$459,106,000

GSAMP TRUST 2006-S4

$618,609,000

GSAMP TRUST 2006-S5

$312,125,000


GSAMP TRUST 2006-S6

$354,180,000


GSAMP TRUST 2006-SEA1

$151,500,000


GSC CAPITAL CORP. MORTGAGE TRUST 2006-1

$421,917,000


GSC CAPITAL CORP. MORTGAGE TRUST 2006-2

$536,512,000


GSR MORTGAGE LOAN TRUST 2006-1F

$1,378,473,364

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

GSR MORTGAGE LOAN TRUST 2006-2F

$773,453,000

Close and accept

GSR MORTGAGE LOAN TRUST 2006-3F

$663,537,872


GSR MORTGAGE LOAN TRUST 2006-4F

$637,251,975


GSR MORTGAGE LOAN TRUST 2006-5F

$513,540,214


GSR MORTGAGE LOAN TRUST 2006-6F

$440,314,850


GSR MORTGAGE LOAN TRUST 2006-7F

$606,903,000


GSR MORTGAGE LOAN TRUST 2006-8F

$618,504,000


GSR MORTGAGE LOAN TRUST 2006-9F

$1,371,472,000


GSR MORTGAGE LOAN TRUST 2006-10F

$425,857,000

GSR MORTGAGE LOAN TRUST 2006-AR1

$1,336,882,200

GSR MORTGAGE LOAN TRUST 2006-AR2

$951,361,300

GSR MORTGAGE LOAN TRUST 2006-OA1

$2,562,964,300

HARBORVIEW TRUST 2006-1

$1,698,475,200

HARBORVIEW TRUST 2006-2

$405,159,100

HARBORVIEW TRUST 2006-3

$430,921,100

HARBORVIEW TRUST 2006-4

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

$1,848,773,350

HARBORVIEW TRUST 2006-5

$1,621,394,200

HARBORVIEW TRUST 2006-6

$624,991,100

HARBORVIEW TRUST 2006-7

$1,996,709,000

HARBORVIEW TRUST 2006-8

$1,173,704,000

HARBORVIEW TRUST 2006-9

$2,867,084,000

HARBORVIEW TRUST 2006-10

$1,697,279,000

HARBORVIEW TRUST 2006-11

$414,094,000

HARBORVIEW TRUST 2006-12

$4,915,300,000

HARBORVIEW TRUST 2006-13
$397,112,100

HARBORVIEW TRUST 2006-14
$2,401,466,000

HARBORVIEW TRUST 2006-BU1
$489,234,000

HARBORVIEW TRUST 2006-CB1
$91,881,220

HARBORVIEW TRUST 2006-SB1
$399,406,000

HOME EQUITY ASSET TRUST (CSFB) 2006-1
$781,600,050

HOME EQUITY ASSET TRUST (CSFB) 2006-2
$791,200,100

HOME EQUITY ASSET TRUST (CSFB) 2006-3
$1,375,500,050

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
 To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

HOME EQUITY ASSET TRUST (CSFB) 2006-4
$1,556,000,050

HOME EQUITY ASSET TRUST (CSFB) 2006-5
$835,975,050

HOME EQUITY ASSET TRUST (CSFB) 2006-6
$835,975,05

HOME EQUITY ASSET TRUST (CSFB) 2006-7
$1,069,750,050

HOME EQUITY ASSET TRUST (CSFB) 2006-8
$1,117,225,050

HOME EQUITY LOAN TRUST (CSFB) 2006-HSA3
$201,014,000

HOME EQUITY LOAN TRUST (CSFB) 2006-HSA4
$402,118,000

Case 2:24-cv-04986-WB Document 2 Filed 09/18/24 Page 54 of 85

HOME EQUITY LOAN TRUST (CSFB) 2006-HSA5
$295,648,000

HOME EQUITY MORTGAGE PASS-THROUGH CERTS. (CSFB) 2006-1
$560,330,200

HOME EQUITY MORTGAGE PASS-THROUGH CERTS. (CSFB) 2006-3
$391,600,100

HOME EQUITY MORTGAGE PASS-THROUGH CERTS. (CSFB) 2006-4
$515,280,100

HOME EQUITY MORTGAGE TRUST (CSFB) 2006-5
$784,000,100

HOME EQUITY MORTGAGE TRUST (CSFB) 2006-6
$272,525,100

HOME EQUITY MORTGAGE LOAN TRUST INABS (CSFB) 2006-A
$$545,440,000

HOME EQUITY MORTGAGE LOAN TRUST INDS (CSFB) 2006-3
$575,000,000

HSBC HOME EQUITY LOAN TRUST (USA) 2006-1
$1,038,550,000

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

HSBC HOME EQUITY LOAN TRUST (USA) 2006-2
$1,265,100,000

HSBC HOME EQUITY LOAN TRUST (USA) 2006-3
$1,176,010,000

HSBC HOME EQUITY LOAN TRUST (USA) 2006-4

$937,240,000

HSI ASSET LOAN OBLIGATION TRUST 2006-2
$348,117,559

HSI ASSET SECURITIZATION TRUST 2006-HE1
$1,247,077,000

HSI ASSET SECURITIZATION TRUST 2006-HE2
$1,488,600,000

HSI ASSET SECURITIZATION TRUST 2006-NC1
$320,960,000

HSI ASSET SECURITIZATION TRUST 2006-OPT1
$944,514,000

HSI ASSET SECURITIZATION TRUST 2006-OPT2
$1,361,390,000

HSI ASSET SECURITIZATION TRUST 2006-OPT3
$942,961,000

HSI ASSET SECURITIZATION TRUST 2006-OPT4
$932,781,000

HSI ASSET SECURITIZATION TRUST 2006-WMC1
$820,195,000

IMPAC SECURED ASSETS CORP. TRUST 2006-1
$910,833,000

IMPAC SECURED ASSETS CORP. TRUST 2006-2
$819,096,000

IMPAC SECURED ASSETS CORP. TRUST 2006-3
$1,974,008,000

IMPAC SECURED ASSETS CORP. TRUST 2006-4
$1,388,801,000

IMPAC SECURED ASSETS CORP. TRUST 2006-5
$1,697,824,000

INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST SERIES INDS 2006-2B
$585,242,000

INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H1
$490,253,000

INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H2
$486,654,000

INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H3
$496,786,000

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

Case 2:24-cv-04986-WB   Document 2   Filed 09/18/24   Page 56 of 85

INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H4
$650,000,000

INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST, SERIES INDS 2006-A
$303,363,000

INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST, SERIES INABS 2006-B
$685,300,000

INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST, SERIES INABS 2006-C
$749,959,000

INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST SERIES INABS 2006-D
$918,650,000

INDYMAC HOME EQUITY MORT. LOAN ASSET-BACKED TRUST, SERIES INABS 2006-E
$1,242,150,000

INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR1
$198,613,100

INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR2
$494,399,100

INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR3
$351,738,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2
$494,399,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR3
$773,371,000

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR4
$1,504,469,000

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR5
$351,738,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR6
$1,856,334,000

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR7
$833,793,100

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

Case 2:24-cv-04986-WB   Document 2   Filed 09/18/24   Page 57 of 85

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8
$742,390,000

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR9
$680,619,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR11
$860,883,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR12
$304,376,000

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR13
$393,668,812

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 $1,097,063,000

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR15
$1,263,074,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR19
$1,078,198,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR21
$256,243,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR23
$195,628,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR25
$1,213,813,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR27
$957,606,100

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR29
$827,274,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR31
$296,217,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR33
$511,242,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR35

$1,057,392,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR37
$358,634,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-FLX1
$352,225,100

INDYMAC INDX MORTGAGE LOAN TRUST 2006-R1
$247,006,126

INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST 2006-L1
$353,583,000

INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST 2006-L2
$240,590,000

INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST 2006-L3
$223,707,000

INDYMAC RESIDENTIAL MORTGAGE-BACKED TRUST 2006-L4
$158,000,000

J.P. MORGAN ALT LOAN TRUST 2006-A1
$859,434,100

J.P. MORGAN ALT LOAN TRUST 2006-A2
$576,932,000

J.P. MORGAN ALT LOAN TRUST 2006-A3
$612,028,300

J.P. MORGAN ALT LOAN TRUST 2006-A4
$944,150,000

J.P. MORGAN ALT LOAN TRUST 2006-A5
Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy
$1,003,625,100

Close and accept

J.P. MORGAN ALT LOAN TRUST 2006-A6
$902,801,100

J.P. MORGAN ALT LOAN TRUST 2006-A7
$1,162,982,100

J.P. MORGAN ALT LOAN TRUST 2006-S1
$969,830,245

J.P. MORGAN ALT LOAN TRUST 2006-S2
$507,483,000

J.P. MORGAN ALT LOAN TRUST 2006-S3
$1,112,003,100

J.P. MORGAN ALT LOAN TRUST 2006-S4
$866,231,100

J.P. MORGAN MORTGAGE ACQUISITION CORP. (JPMAC) 2006-ACC1
$682,878,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-CH1
$574,943,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-CH2
$1,964,153,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-CW1
$855,252,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-CW2
$1,004,193,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-FRE1
$952,165,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-FRE2
$910,558,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-HE1
$588,080,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-HE2
$508,790,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-HE3

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

$780,239,000

Close and accept

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-NC1

$895,148,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-NC2

$905,407,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-RM1

$877,004,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WF1

$775,165,100

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WMC1

$1,122,597,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WMC2

$1,221,445,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WMC3

$920,327,000

J.P. MORGAN MORTGAGE ACQUISITION TRUST (JPMAC) 2006-WMC4

$1,834,557,000

J.P. MORGAN MORTGAGE TRUST 2006-A1

$822,144,700

J.P. MORGAN MORTGAGE TRUST 2006-A2

$2,561,000,000

J.P. MORGAN MORTGAGE TRUST 2006-A3

$1,965,000,000

J.P. MORGAN MORTGAGE TRUST 2006-A4

$1,236,035,700

J.P. MORGAN MORTGAGE TRUST 2006-A5

$1,354,967,000

J.P. MORGAN MORTGAGE TRUST 2006-A6

$908,227,000

8/8/2020

Case 2:24-cv-04986-WB   Document 2   Filed 09/18/24   Page 61 of 85
Mortgage Trusts in 2006: 1,071 TRUSTS, $942,451,061,688 | Justice League

J.P. MORGAN MORTGAGE TRUST 2006-A7
$913,619,000

J.P. MORGAN MORTGAGE TRUST 2006-S1
$767,000,000

J.P. MORGAN MORTGAGE TRUST 2006-S2
$1,281,971,592

J.P. MORGAN MORTGAGE TRUST 2006-S3
$999,680,380

J.P. MORGAN MORTGAGE TRUST 2006-S4
$771,188,458

LEHMAN XS TRUST 2006-1
$1,008,600,000

LEHMAN XS TRUST 2006-3
$821,923,000

LEHMAN XS TRUST 2006-5
$1,037,120,000

LEHMAN XS TRUST 2006-7
$1,059,294,000

LEHMAN XS TRUST 2006-8
$1,065,597,000

LEHMAN XS TRUST 2006-9
$751,986,000

LEHMAN XS TRUST 2006-11
$913,177,000

LEHMAN XS TRUST 2006-13
$1,014,999,000

LEHMAN XS TRUST 2006-15
$864,436,000

LEHMAN XS TRUST 2006-17
$1,307,826,000

LEHMAN XS TRUST 2006-19

$873,389,000


LEHMAN XS TRUST 2006-20

$721,081,000


LEHMAN XS TRUST 2006-GP1

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

$870,692,000


LEHMAN XS TRUST 2006-GP2

$1,123,528,000


LEHMAN XS TRUST 2006-GP3

$1,007,291,000


LEHMAN XS TRUST 2006-GP4

$1,254,825,000


LEHMAN XS TRUST 2006-2N

$2,131,095,000


LEHMAN XS TRUST 2006-4N

$1,358,230,000


LEHMAN XS TRUST 2006-10N

$1,450,577,000


LEHMAN XS TRUST 2006-12N

$1,834,507,000


LEHMAN XS TRUST 2006-14N

$888,223,000


LEHMAN XS TRUST 2006-16N

$2,191,599,000


LEHMAN XS TRUST 2006-18N

$1,010,435,000


LONG BEACH MORTGAGE LOAN TRUST 2006-1

$2,442,492,000


LONG BEACH MORTGAGE LOAN TRUST 2006-2

$2,919,693,000

Case 2:24-cv-04986-WB   Document 2   Filed 09/18/24   Page 63 of 85

LONG BEACH MORTGAGE LOAN TRUST 2006-3

$1,689,739,000

LONG BEACH MORTGAGE LOAN TRUST 2006-4

$1,869,812,000

LONG BEACH MORTGAGE LOAN TRUST 2006-5

$1,856,666,000

LONG BEACH MORTGAGE LOAN TRUST 2006-6

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

$1,645,063,000

Close and accept

LONG BEACH MORTGAGE LOAN TRUST 2006-7

$1,562,286,000

LONG BEACH MORTGAGE LOAN TRUST 2006-8

$1,352,424,000

LONG BEACH MORTGAGE LOAN TRUST 2006-9

$1,471,451,000

LONG BEACH MORTGAGE LOAN TRUST 2006-10

$975,434,000

LONG BEACH MORTGAGE LOAN TRUST 2006-11

$1,445,250,000

LONG BEACH MORTGAGE LOAN TRUST 2006-A

$495,886,000

LONG BEACH MORTGAGE LOAN TRUST 2006-WL1

$1,840,113,000

LONG BEACH MORTGAGE LOAN TRUST 2006-WL2

$1,856,453,000

LONG BEACH MORTGAGE LOAN TRUST 2006-WL3

$1,865,130,000

LUMINENT MORTGAGE LOAN TRUST 2006-1

$558,838,100

LUMINENT MORTGAGE LOAN TRUST 2006-2

$776,628,200

LUMINENT MORTGAGE LOAN TRUST 2006-3
$673,771,000

LUMINENT MORTGAGE LOAN TRUST 2006-4
$481,060,200

LUMINENT MORTGAGE LOAN TRUST 2006-5
$494,797,100

LUMINENT MORTGAGE LOAN TRUST 2006-6
$765,779,000

LUMINENT MORTGAGE LOAN TRUST 2006-7
$792,898,000

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-1
$1,111,556,000

MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-2
$744,806,100

MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-3
$1,762,463,000

MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA1
$1,111,556,000

MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2
$1,988,155,000

MASTR ALTERNATIVE LOAN TRUST 2006-1
$272,193,999

MASTR ALTERNATIVE LOAN TRUST 2006-2
$636,925,820

MASTR ALTERNATIVE LOAN TRUST 2006-3
$269,163,030

MASTR ASSET-BACKED SECURITIES TRUST 2006-AB1
$578,101,961

MASTR ASSET-BACKED SECURITIES TRUST 2006-AM1
$387,572,000

Case 2:24-cv-04986-WB Document 2 Filed 09/18/24 Page 65 of 85

MASTR ASSET-BACKED SECURITIES TRUST 2006-AM2

$426,466,000

MASTR ASSET-BACKED SECURITIES TRUST 2006-AM3

$330,253,000

MASTR ASSET-BACKED SECURITIES TRUST 2006-FRE1

$472,910,000

MASTR ASSET-BACKED SECURITIES TRUST 2006-FRE2

$848,982,000

MASTR ASSET-BACKED SECURITIES TRUST 2006-HE1

$642,071,000

MASTR ASSET-BACKED SECURITIES TRUST 2006-HE2

Privacy & Cookies: This site uses cookies. By continuing to use
this website, you agree to their use.
 To find out more, including how to control cookies, see here: Cookie Policy

$572,028,000

Close and accept

MASTR ASSET-BACKED SECURITIES TRUST 2006-HE3

$547,881,000

MASTR ASSET-BACKED SECURITIES TRUST 2006-HE4
$585,919,000

MASTR ASSET-BACKED SECURITIES TRUST 2006-HE5
$877,085,000

MASTR ASSET-BACKED SECURITIES TRUST 2006-NC1
$869,864,000

MASTR ASSET-BACKED SECURITIES TRUST 2006-NC2
$824,227,000

MASTR ASSET-BACKED SECURITIES TRUST 2006-NC3
$999,187,000

MASTR ASSET-BACKED SECURITIES TRUST 2006-WMC1
$771,470,000

MASTR ASSET-BACKED SECURITIES TRUST 2006-WMC2
$745,078,000

MASTR ASSET-BACKED SECURITIES TRUST 2006-WMC3
$891,282,000

MASTR ASSET-BACKED SECURITIES TRUST 2006-WMC4
$923,325,000

MASTR Asset Securitization Trust 2006-1
$416,717,943

MASTR Asset Securitization Trust 2006-2
$498,134,312

MASTR Asset Securitization Trust 2006-3
$436,549,511

MASTR Reperforming Loan Trust 2006-1
$270,000,000

MASTR Reperforming Loan Trust 2006-2
$174,000,000

MERRILL LYNCH MORTGAGE INVESTORS TRUST SERIES MLCC 2006-1 Privacy & Cookies: This site uses cookies. By
continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy
$472,749,000

Case 2:24-cv-04986-WB   Document 2   Filed 09/18/24   Page 67 of 85

Close and accept

MERRILL LYNCH MORTGAGE INVESTORS TRUST SERIES MLCC 2006-2

$628,422,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST SERIES MLCC 2006-3
$532,808,000

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-A1
$656,531,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-A3
$551,584,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-A4
$378,867,000

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-AB1
$466,211,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-AF1
$657,884,823

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-AF2
$666,063,328

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-F1
$225,276,307

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-F2
$300,000,000

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-FF1
$2,280,872,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-FM1
$424,683,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-HE1
$738,739,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-HE5
$1,318,503,100

8/8/2020                    Mortgage Trusts In 2006: 1,071 TRUSTS, $942,451,061,688 | Justice League

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-HE6

$906,616,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-MLN1Privacy & Cookies: This site uses cookies. By continuing
to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

$787,216,100

Close and accept

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-OPT1

$882,500,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-RM1

$497,337,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-RM2

$954,066,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-RM4

$547,934,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-RM5

$520,625,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-SD1

$547,934,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-SL1

$154,623,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-SL2

$233,231,100

MERRILL LYNCH MORTGAGE INVESTORS TRUST 2006-WMC2

$1,205,046,100

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-HE4

$2,093,125,000

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-HE5

$1,539,995,000

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-HE6

$1,429,051,000

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-HE7

$1,247,798,000

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-HE8
$1,465,227,000

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-NC3
$1,357,193,000

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-NC4
$2,091,346,000

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
 To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-NC5
$1,348,330,000

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-WMC1
$807,414,000

MORGAN STANLEY ABS CAPITAL 1, INC. TRUST 2006-WMC2
$2,531,401

MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-1
$729,341,000

MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2
$954,402,000

MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-3
$1,080,866,000

MORGAN STANLEY ABS CAP. I INC. IXIS REAL ESTATE CAP. TRUST 2006-HE1
$909,278,000

MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-HE2
$1,341,471,000

MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-HE3
$997,727,000

MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-HE4
$2,093,125,000

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-2
$528,235,367

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-7
$540,241,484

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-11
$672,978,672

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-1AR
$599,924,100

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-3AR
$787,383,100

―――――― .

8/8/2020

Mortgage Trusts In 2006: 1,071 TRUSTS, $942,451,061,688 | Justice League

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-5AR
$546,684,100

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-6AR
$1,022,850,100

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-8AR
$781,803,100

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-9AR
$646,024,100

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-13ARX
$603,133,100

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-16AX
$947,225,100

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-10SL
$275,384,000

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-14SL
$321,238,000

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-12XS
$515,807,100

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-15XS
$671,388,100

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-17XS
$523,183,100

NEW CENTURY HOME EQUITY LOAN TRUST 2006-1
$1,328,077,000

NEW CENTURY HOME EQUITY LOAN TRUST 2006-2
$1,167,699,000

NEW CENTURY HOME EQUITY LOAN TRUST 2006-ALT1
$511,373,000

NEW CENTURY HOME EQUITY LOAN TRUST 2006-S1
$291,537,000

NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AF1

$683,780,000

NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AF2

$754,573,000

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AP1

$425,436,000

NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AR1

$438,844,000

NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AR2

$355,989,000

NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AR3

$472,418,000

NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-AR4

$595,801,000

NOMURA ASSET ACCEPTANCE CORP. TRUST 2006-WF1

$339,104,000

NOMURA HOME EQUITY LOAN TRUST 2006-AF1

$683,780,000

NOMURA HOME EQUITY LOAN TRUST 2006-FM1

$371,916,000

NOMURA HOME EQUITY LOAN TRUST 2006-FM2

$1,175,230,000

NOMURA HOME EQUITY LOAN TRUST 2006-HE1

$930,226,000

NOMURA HOME EQUITY LOAN TRUST 2006-HE2

$704,367,000

NOMURA HOME EQUITY LOAN TRUST 2006-HE3

$1,021,713,000

NOMURA HOME EQUITY LOAN TRUST 2006-WF1

$598,663,000

Case 2:24-cv-04986-WB   Document 2   Filed 09/18/24   Page 73 of 85

NOVASTAR MORTGAGE FUNDING TRUST 2006-1
$1,320,974,000

NOVASTAR MORTGAGE FUNDING TRUST 2006-2
$1,010,890,000

NOVASTAR MORTGAGE FUNDING TRUST 2006-3
$1,089,000,000

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
 To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

NOVASTAR MORTGAGE FUNDING TRUST 2006-4
$1,004,851,000

NOVASTAR MORTGAGE FUNDING TRUST 2006-5
$1,279,850,000

NOVASTAR MORTGAGE FUNDING TRUST 2006-6
$1,233,750,000

NOVASTAR MORTGAGE FUNDING TRUST 2006-MTA1
$1,182,600,000

OPTION ONE MORTGAGE LOAN TRUST 2006-1
$2,919,878,000

OPTION ONE MORTGAGE LOAN TRUST 2006-2
$1,465,500,000

OPTION ONE MORTGAGE LOAN TRUST 2006-3
$1,465,500,000

OWNIT MORTGAGE LOAN TRUST 2006-1
$674,966,000

OWNIT MORTGAGE LOAN TRUST 2006-2
$533,541,100

OWNIT MORTGAGE LOAN TRUST 2006-3
$526,398,100

OWNIT MORTGAGE LOAN TRUST 2006-4
$770,864,100

OWNIT MORTGAGE LOAN TRUST 2006-5
$452,071,000

OWNIT MORTGAGE LOAN TRUST 2006-6
$407,900,100

PEOPLES CHOICE HOME LOANS SECURITIES TRUST 2006-1
$984,107,000

PHHMC 2006-1
$144,385,200

PHHMC 2006-2
$160,343,968

PHHMC 2006-3
$84,928,936

PHHMC 2006-4
$118,382,937

POPULAR ABS MORTGAGE TRUST 2006-A
$311,191,000

POPULAR ABS MORTGAGE TRUST 2006-B
$307,243,000

POPULAR ABS MORTGAGE TRUST 2006-C
$285,464,000

POPULAR ABS MORTGAGE TRUST 2006-D
$352,146,000

POPULAR ABS MORTGAGE TRUST 2006-E
$246,050,000

RFC RAAC 2006 RP1
$304,000,000

RAAC 2006 RP2
$317,000,000

RAAC 2006 RP3
$290,000,000

RAAC 2006 RP4
$357,000,000

RAAC 2006 SP1

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

Case 2:24-cv-04986-WB   Document 2   Filed 09/18/24   Page 75 of 85

$275,925,000

RAAC 2006 SP2

$348,115,000

RAAC 2006 SP3

$291,892,000

RAAC 2006 SP4

$303,913,000

RALI 2006QA1

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

$593,355,000

Close and accept

RALI 2006QA2

$386,927,100

RALI 2006QA3

$398,490,000

RALI 2006QA4

$304,442,000

RALI 2006QA5

$694,084,100

RALI 2006QA6

$622,965,000

RALI 2006QA7

$588,151,000

RALI 2006QA8

$795,053,000

RALI 2006QA9

$369,193,000

RALI 2006QA10

$375,502,000

RALI 2006QA11

$372,431,000

RALI 2006QH1

$337,933,000

Case 2:24-cv-04986-WB   Document 2   Filed 09/18/24   Page 76 of 85

RALI 2006QO1
$881,346,100

RALI 2006QO2
$665,486,000

RALI 2006QO3
$644,812,000

RALI 2006QO4
$843,226,000

RALI 2006QO5 Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy
$1,071,587,000

RALI 2006QO6                                                                    Close and accept
$1,290,297,000 RALI 2006QO7 $1,542,440,000

RALI 2006QO8
$1,288,119,000

RALI 2006QO9
$890,657,000

RALI 2006QO10
$889,857,000

RALI 2006QS1
$319,795,465

RALI 2006QS2
$871,269,169

RALI 2006QS3
$958,193,146

RALI 2006QS4
$571,328,166

RALI 2006QS5
$688,897,295

RALI 2006QS6
$848,500,819

RALI 2006QS7

Case 2:24-cv-04986-WB   Document 2   Filed 09/18/24   Page 77 of 85

$530,520,315

RALI 2006QS8
$953,783,554

RALI 2006QS9
$533,095,899

RALI 2006QS10
$527,197,330

RALI 2006QS11 Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy
$742,487,542

RALI 2006QS12

Close and accept

$534,254,761 RALI 2006QS13
$633,546,697

RALI 2006QS14
$743,878,961

RALI 2006QS15
$531,038,675

RALI 2006QS16
$741,550,739

RALI 2006QS17
$530,024,465

RALI 2006QS18
$1,164,635,393

RAMP 2006 EFC1
$593,225,000

RAMP 2006 EFC2
$383,200,000

RAMP 2006 NC1
$536,800,000

RAMP 2006 NC2
$737,580,000

RAMP 2006 NC3
$504,920,000

RAMP 2006 RS1
$1,173,600,000

RAMP 2006 RS2
$785,601,000

RAMP 2006 RS3
$741,604,000

RAMP 2006 RS4
$885,749,000

RAMP 2006 RS5
$382,590,000 RAMP 2006 RS6
$368,997,000

RAMP 2006 RZ1
$483,750,000

RAMP 2006 RZ2
$368,625,000

RAMP 2006 RZ3
$688,345,000

RAMP 2006 RZ4
$851,840,000

RAMP 2006 RZ5
$505,080,000

RAMP 2006-SP1
$275,925,000

RASC 2006 EMX1
$424,600,000

RASC 2006 EMX2
$550,050,000

RASC 2006 EMX3
$773,600,000

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

RASC 2006 EMX4

$661,710,000


RASC 2006 EMX5

$580,200,000


RASC 2006 EMX6

$620,490,000


RASC 2006 EMX7

$495,300,000


RASC 2006 EMX8 Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

$698,610,000

| | Close and accept |

RASC 2006 EMX9

$728,240,000 RASC 2006 KS1

$840,115,000


RASC 2006 KS2

$977,500,000


RASC 2006 KS3

$1,125,850,000


RASC 2006 KS4

$680,761,000


RASC 2006 KS5

$679,700,000


RASC 2006 KS6

$523,655,000


RASC 2006 KS7

$532,675,000


RASC 2006 KS8

$564,050,000


RASC 2006 KS9

$1,282,865,000


RENAISSANCE HOME EQUITY LOAN TRUST 2006-1

$848,312,000

RENAISSANCE HOME EQUITY LOAN TRUST 2006-2

$801,075,000

RENAISSANCE HOME EQUITY LOAN TRUST 2006-3

$800,254,000

RENAISSANCE HOME EQUITY LOAN TRUST 2006-4

$608,438,000

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1

$806,528,039

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A2

$402,522,565

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A6

$395,667,541

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8

$632,676,943

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A9

$415,715,625

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A10

$248,503,651

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A11

$322,473,374

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A12

$367,716,400

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A13

$395,268,634

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15

$470,624,488

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A16

$664,784,022

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB

$395,575,339

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A5CB

$446,643,993

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A7CB

$444,574,597

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A9CB

$415,715,625

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A14CB

$360,282,735

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A4IP

$624,486,388

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R1

$370,736,146

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy

Close and accept

RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R2

$187,059,513

RFMSI TRUST 2006 S1

$363,784,732

RFMSI TRUST 2006 S2

$217,616,973

RFMSI TRUST 2006 S3

$335,748,997

RFMSI TRUST 2006 S4

$312,034,000

RFMSI TRUST 2006 S5

$674,010,134

RFMSI TRUST 2006 S6

$595,956,340

RFMSI TRUST 2006 S7

$466,833,246

RFMSI TRUST 2006 S8

$413,772,647

RFMSI TRUST 2006 S9

$439,663,894

RFMSI TRUST 2006-S10

$2,117,627,000

RFMSI TRUST 2006 S11

$551,755,456

RFMSI TRUST 2006 S12

$1,197,400,378

RFMSI TRUST 2006 SA1

$272,304,100

RFMSI TRUST 2006 SA2

$784,980,150

RFMSI TRUST 2006 SA3 Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy
$348,770,100

Close and accept

RFMSI TRUST 2006 SA4

$278,888,100

RFMSII 2006-HI1

$214,000,000

RFMSII 2006-HI2

$237,000,000

RFMSII 2006-HI3

$223,000,000

RFMSII 2006-HI4

$273,000,000

RFMSII 2006-HI5

$247,000,000

RFMSII TRUST 2006 HSA 1

$461,444,000

RFMSII TRUST 2006 HSA 2

$447,900,000

RFMSII TRUST 2006 HSA 5

$296,000,000

SACO I TRUST 2006-1
$303,119,000

SACO I TRUST 2006-2
$645,613,000

SACO I TRUST 2006-3
$698,275,000

SACO I TRUST 2006-4
$481,053,000

SACO I TRUST 2006-5
$667,251,000

SACO I TRUST 2006-6
$574,713,000

SACO I TRUST 2006-7 Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: Cookie Policy
$442,830,000

Close and accept

SACO I TRUST 2006-8
$355,963,000

SACO I TRUST 2006-9
$432,892,000

SACO I TRUST 2006-10
$280,643,000

SACO I TRUST 2006-12
$601,281,000

SAXON ASSET SECURITIES TRUST 2006-1
$494,725,000

SAXON ASSET SECURITIES TRUST 2006-2
$984,500,000

SAXON ASSET SECURITIES TRUST (SAST) 2006-3

$1,978,545,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST (SABR) 2006-CB1
$763,393,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST (SABR) 2006-CB5
$550,136,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-FR1
$633,287,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-FR2
$495,373,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-FR3
$946,617,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-FR4
$638,832,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-HE1
$422,611,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-HE2
$677,536,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-NC1 Privacy & Cookies: This site uses cookies. By
continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

$802,342,000

Close and accept

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-NC2

$593,967,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-NC3

$324,265,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-OP1

$418,110,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-WM1

$554,316,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-WM2

$792,162,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-WM3

$970,478,000

SECURITIZED ASSET-BACKED RECEIVABLES TRUST 2006-WM4

$976,271,000

SG MORTGAGE SECURITIES TRUST 2006-FRE1

$906,250,000

SG MORTGAGE SECURITIES TRUST 2006-FRE2

$1,776,458,000

SG MORTGAGE SECURITIES TRUST 2006-OPT2

$779,184,000

SOUNDVIEW HOME LOAN TRUST 2006-1

$693,787,000

SOUNDVIEW HOME LOAN TRUST 2006-2

$776,076,000

SOUNDVIEW HOME LOAN TRUST 2006-3

$1,015,462,000

SOUNDVIEW HOME LOAN TRUST 2006-A

$450,341,000